IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                        Plaintiff,

     v.

KENNETH GREEN,

                        Defendant.

ORDER

07-cr-24-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Kenneth Green has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b).  The Bureau of Prisons requests the court's position on Mr. Green's request.  Therefore, I will ask Federal Defender Services to appoint counsel to represent defendant Green for the sole purpose of addressing this issue.  The government and defense counsel may have until June 13, 2014, in which to file and serve a response brief.  Each side may have five days thereafter to serve and file a reply.

      Entered this 16th day of May, 2014.

                                             BY THE COURT:
                                             /s/
                                             BARBARA B. CRABB
                                             District Judge